IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESTER DOBBEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-818-GPM |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court for a preliminary screening of the amended complaint pursuant to 28 U.S.C. § 1915A.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff **LESTER DOBBEY** shall take nothing from this action.

**DATED**: 06/11/2008

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. McGovern
    Deputy Clerk

APPROVED: s/ G. Patrick Murphy
          G. PATRICK MURPHY
          U.S. DISTRICT JUDGE